B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Florida** | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Keister, John Charles II** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Keister, Sandra Dee** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0623** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2126** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2400 Grandiflora Blvd. #804**<br>**Panama City Beach, FL**<br>ZIP Code **32408** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2400 Grandiflora Blvd. #804**<br>**Panama City Beach, FL**<br>ZIP Code **32408** |
| County of Residence or of the Principal Place of Business:<br>**Bay** | County of Residence or of the Principal Place of Business:<br>**Bay** |
| Mailing Address of Debtor (if different from street address):<br>**2400 Grandiflora Blvd. #804**<br>**Panama City Beach, FL**<br>ZIP Code **32408** | Mailing Address of Joint Debtor (if different from street address):<br>**2400 Grandiflora Blvd. #804**<br>**Panama City Beach, FL**<br>ZIP Code **32408** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **FxSpyder, LLC**<br>**2400 Grandiflora Blvd.**<br>**Panama City Beach, FL 32408** |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Keister, John Charles II**<br>**Keister, Sandra Dee** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)   Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Keister, John Charles II**
**Keister, Sandra Dee**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Charles Keister, II**
Signature of Debtor **John Charles Keister, II**

X **/s/ Sandra Dee Keister**
Signature of Joint Debtor **Sandra Dee Keister**

_____
Telephone Number (If not represented by attorney)

**June 2, 2010**
Date

### Signature of Attorney*

X **/s/ Charles M. Wynn**
Signature of Attorney for Debtor(s)

**Charles M. Wynn 0241695**
Printed Name of Attorney for Debtor(s)

**Charles Wynn Law Offices, P.A.**
Firm Name

**P. O. Box 146**
**Marianna, FL 32447-0147**

_____
Address

**Email: wynnlawbnk@earthlink.net**
**(850) 526-3520  Fax: (850) 526-5210**
Telephone Number

**June 2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

2 Checkout.Com
PO Box 4155
Sarasota, FL 34230

Carrington Mortgage Service (Wells Fargo
1610 E Saint Andrew Pl
Santa Ana, CA 92705

Dish Network
Po Box 105169
Atlanta, Ga 30348

Aaa Financial Services
Box 15026
Wilmington, DE 19850

Cbcs
Po Box 69
Columbus, OH 43216

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256

Afni
404 Brock Dr   Po Box 3097
Bloomington, IL 61701

CBE Group
131 Tower Park, Suite 100
PO Box 2635
Waterloo, IA 50704

Fed Ex
PO Box 510950
New Berlin, WI 53151

Allied INterstate
3000 Corporate Exchange Dr.
Columbus, OH 43231

CBHV
PO Box 3495
Toledo, OH 43607

Gulf Coast Medical Center
Po Box 15309
Panama City, Fl 32406

ARM Solutions
PO Box 2929
Camarillo, CA 93011

Centurylink
8014 Bayberry Road
Jacksonville, FL 32256

James Brewster, Esquire
547 North Monroe St.
Suite 203, The Walker Bldg.
Tallahassee, FL 32301

Bank Of America
Po Box 17054
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

John Holley, Esquire
215 South Monroe St. Suite 804
Tallahassee, FL 32301

Ben-Ezra & Katz
2901 Stirling Road Suite 300
Fort Lauderdale, FL 33312

Chase Card Servics
PO Box 94014
Palatine, IL 60094

Lewis, Longman & Waller, PA
PO Box 16098
Tallahassee, FL 32317

Beneficial/Hfc
Po Box 3425
Buffalo, NY 14240

City of Talllahassee
435 N. Macomb Street Relay Box
Tallahassee, FL 32301

MCI Worldcom
PO BOx 371838
Pittsburgh, PA 15250-7838

Carline Mildor
2901 Stirling Road Suite 300
Fort Lauderdale, FL 33312

Creditors Interchange
80 Holtz Dr.
Buffalo, NY 14225

Messer Caparello & Self, PA
PO Box 15579
Tallahassee, FL 32317

Monica Evans, Esquire
PO Box 15579
Tallahassee, FL 32317

Sheraton Vistana Resorts
8800 Vistana Centre Drive
Orlando, FL 32821

Movie Gallery
PO Box 6789
Wilsonville, OR 97070

Sheridan
PO Box 848508
Hollywood, FL 33084

NCO Financial
9009 Corporate Lake Dr. Ste 300
Tampa, FL 33634

Vengroff, Williams & Associates, Inc
PO Box 4155
Santa Rosa Beach, FL 34230

OxBottom Manor Community Association
PO Box 13565
Tallahassee, FL 32317

Vistana Cascades
PO Box 105105
Atlanta, GA 30348

Paul's Pest Control
PO Box 600730
Jacksonville, FL 32260

Vistana Cascades Condo. Association
PO Box 22051
Orlando, FL 32830

Peoples First Community
1022 W 23rd St Fl 6
Panama City, FL 32405

Wells Fargo Mortgage
PO Box 30110
Tampa, FL 33630

Receivables Performanc
20816 44th Ave W
Lynnwood, WA 98036

Williams Gautier, Esquire
PO Box 4128
Tallahassee, FL 32315

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773

Sentry Credit
PO Box 12070
Everett, WA 98206